UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-4248-GW-RAOx | Date | October 2, 2024 |
|---|---|---|---|
| Title | *Larry Dunn v. Ethio Worldwide, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 2, 2024, Plaintiff Larry Dunn filed a Notice of Settlement [16]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for November 4, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 1, 2024.

|   | : |
|---|---|
| Initials of Preparer | JG |